UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID ROSENBERG, et al.,<br><br>　　　　　Defendants. | No. 2: 18-cv-2969 MCE KJN P<br><br><br><br>ORDER |

　　　On June 1, 2020, plaintiff filed an amended complaint. This civil rights action was closed on October 30, 2019. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: June 10, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Bon2969.58